UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AGUSTA WESTLAND PHILADELPHIA CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-06393-RBS |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS, AGUSTA WESTLAND PHILADELPHIA CORPORTATION AND LEONARDO S.p.A.

TO THE CLERK:

Kindly enter the appearance of Salmon, Ricchezza, Singer & Turchi LLP, by and through John E. Salmon, Esquire and Zachary J. Ballard, Esquire, on behalf of Defendants, Agusta Westland Philadelphia Corporation and Leonardo S.p.A.

Respectfully submitted,

**SALMON, RICCHEZZA, SINGER & TURCHI LLP**

By: */s/ Zachary J. Ballard*
John E. Salmon, Esquire
Zachary J. Ballard, Esquire
1601 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 606-6600 (Phone)
(215) 606-6601 (Fax)
jsalmon@srstlaw.com
zballard@srstlaw.com

**FITZPATRICK & HUNT, PAGANO, AUBERT LLP**

John M. Socolow, Esquire (Of counsel, PHV pending)
1 Landmark Square – 21st Floor
Stamford, CT 06901
(203) 580-4445  (Phone)
(203) 580-4350  (Fax)
john.socolow@fitzhunt.com

**Attorneys for Defendants,
Agusta Westland Philadelphia Corporation & Leonardo S.p.A**.

Dated: February 8, 2021

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of Defendants' Entry of Appearance was served upon all counsel of record via Court electronic filing.

Bradley J. Stoll, Esquire
KATZMAN, LAMPERT & STOLL
121 North Wayne Avenue, Suite 205
Wayne, PA 19087
bstoll@klm-law.com
-and-
Anthony Tarricone, Esquire
Vincent C. Lesch III, Esquire
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 100117
atarricone@kreindler.com
vlesch@kreindler.com
-and-
Jaime A. Gonzalez, Jr., Esquire
Catherine Smith, Esquire
GONZALEZ & ASSOCIATES LAW FIRM, P.C.
Summit Park North
817 E. Esperanza Avenue
McAllen, Texas 78591
jaime@jaglawfirm.com
cat@jaglawfirm.com

**ATTORNEY FOR PLAINTIFFS**

**SALMON, RICCHEZZA, SINGER & TURCHI LLP**

By:   */s/ Zachary J. Ballard*
      _____
      Zachary J. Ballard, Esquire

Dated: February 8, 2021