IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : : : : : : | CIVIL ACTION<br><br>NO. 2:20-cv-06393 |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : : : : : | |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | : : : : : | |
| v. | : : | |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | : : : | |
| and | : : | |
| LEONARDO S.p.A. | : | |

ORDER

AND NOW, this _____ day of February, 2021, it is hereby

ORDERED that the application of Anthony Tarricone, Esquire, to practice in this court pursuant too Local Rule of Civil Procedure 83.5.2 (b) is

_____ GRANTED

_____ DENIED

_____
R. BARCLAY SURRICK, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : : : : : : | CIVIL ACTION<br><br>NO. 2:20-cv-06393 |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : : : : : | |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | : : : : : | |
| v. | : : | |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | : : : | |
| and | : : | |
| LEONARDO S.p.A. | : | |

## APPLICANT'S STATEMENT

    I, Anthony Tarricone, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2 (b), and am submitting the $40.00 administration fee via credit card.

A.    I state that I am currently admitted to practice in the following state jurisdictions:

| Commonwealth of Massachusetts | 12/7/1977 | 492480 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney ID Number) |

B.    I state that I am currently admitted to practice law in the following federal jurisdictions:

| USDC MA | 9/25/1978 | _____ |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney ID Number) |

| U.S. 1st Circuit Court of Appeals | 6/8/1978 | 11365 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney ID Number) |

| USDC District of Columbia | 11/4/2011 | 1004470 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney ID Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for Plaintiffs.

_____
Anthony Tarricone, Esq.

February 10, 2021
(Date)

Name of Applicants Firm:   Kreindler & Kreindler LLP
Address:                   855 Boylston Street, Boston, MA 02116
Phone:                     617-424-9100
E-mail:                    atarricone@kreindler.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2021

_____
Anthony Tarricone, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : : : : : : | CIVIL ACTION<br><br>NO. 2:20-cv-06393 |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : : : : : | |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | : : : : : | |
| v. | : : | |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | : : : | |
| and | : : | |
| LEONARDO S.p.A. | : | |

## DECLARATION OF BRADLEY J. STOLL, ESQUIRE

Pursuant to 28 U.S.C. § 1746, I, Bradley J. Stoll, Esquire hereby state:

1. I am an attorney of good standing authorized to practice law in the Commonwealth of Pennsylvania and I am admitted to practice at the bar of this court.

2. I am the sponsoring attorney for the *pro hac vice* motion of Applicant Anthony Tarricone, Esquire and am submitting this Declaration in support thereof.

3. Mr. Tarricone is a partner of the law firm Kreindler & Kreindler LLP and his practice specializes in investigating and litigating aircraft accidents.

4. The Plaintiffs in the above-captioned case have retained the Kriendler & Kriendler law firm and Mr. Tarricone on this matter. It is therefore necessary that he be admitted *pro hac vice* in this lawsuit to advance their legal interests.

5. My firm, which also specializes in aviation accident litigation, has been retained to serve as local counsel.

6. Counsel for all parties in this matter have been contacted concerning their position on Mr. Tarricone's *pro hac vice* admission. No counsel opposes his *pro hac vice* admission.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted:

By: _____
Bradley J. Stoll, Esq.
KATZMAN, LAMPERT & STOLL
121 N. Wayne Ave., Suite 205
Wayne, PA 19087
Phone: (610) 686-9686
Fax: (610) 686-9687
bstoll@klm-law.com
**Attorney for Plaintiffs**

Dated: February 10, 2021

5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : : : : : : | CIVIL ACTION NO. 2:20-cv-06393 |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : : : : : | |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | : : : : : | |
| v. | : : | |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | : : : | |
| and | : : | |
| LEONARDO S.p.A. | : | |

**<u>DECLARATION OF ANTHONY TARRICONE</u>**

Pursuant to 28 U.S.C. § 1746, I, Anthony Tarricone, Esquire hereby state:

1. I am an attorney in good standing authorized to practice law in the Commonwealth of Massachusetts. I am a partner at Kreindler & Kreindler LLP, counsel for all Plaintiffs in the matter.

2. I and my firm are counsel for Plaintiffs in the above captioned lawsuit.

3. My practice specializes in investigating and litigating aircraft accidents on behalf of Plaintiffs.

6

4. My state and federal bar admissions are listed in the accompanying *pro hac vice* Application Form, and I am active and in good standing in all such courts.

5. I have never been suspended from the practice of law in any other jurisdiction or received and public reprimand by the highest disciplinary authority of any state bar or federal court in which I have been admitted.

6. I am familiar with the applicable rules governing procedure and professional conduct.

7. Counsel for all parties in this matter have been contacted concerning their position on my *pro hac vice* admission. No counsel opposes it.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted:

_____
Anthony Tarricone, Esq.
KREINDLER & KREINDLER LLP
855 Boylston Street
Boston, MA 02116
Phone: 617-424-9100
atarricone@kreindler.com

Dated: February 10, 2021

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a true and correct copy of Plaintiff's Motion for Pro Hac Vice Admission for Anthony Tarricone, Esq. was served upon all counsel of record via Court electronic filing.

John E. Salmon, Esquire
Zachary J. Ballard, Esquire
SALMON, RICCHEZZA, SINGER & TURCHI LLP
1601 Market Street, Suite 2500
Philadelphia, PA 19103
jsalmon@srstlaw.com
zballard@srstlaw.com

John M. Socolow, Esquire
FITZPATRICK & HUNT, PAGANO, AUBERT LLP
1 Landmark Square – 21st Floor
Stamford, CT 06901
john.socolow@fitzhunt.com

**Attorneys for Defendant Agusta Westland Philadelphia Corporation and Leonardo S.p.A.**

By:   *Bradley J. Stoll*
          Bradley J. Stoll, Esquire

Dated: February 10, 2021