IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : : : : : | CIVIL ACTION |
|  | : | NO. 2:20-cv-06393 |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : : : : : | |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | : : : : : | |
| v. | : : | |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | : : : | |
| and | : : | |
| LEONARDO S.p.A. | : | |

ORDER

AND NOW, this _____ day of February, 2021, it is hereby

ORDERED that the application of Vincent C. Lesch III, to practice in this court pursuant

too Local Rule of Civil Procedure 83.5.2 (b) is

_____   GRANTED

_____   DENIED

_____
R. BARCLAY SURRICK, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : : : : : | CIVIL ACTION |
|  | : | NO. 2:20-cv-06393 |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : : : : |  |
|  | : |  |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | : : : : |  |
|  | : |  |
| v. | : : |  |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | : : |  |
|  | : |  |
| and | : |  |
|  | : |  |
| LEONARDO S.p.A. | : |  |

**APPLICANT'S STATEMENT**

I, Vincent Lesch, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2 (b), and am submitting the $40.00 administration fee via credit card.

A.      I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 06/01/2015 | 5351770 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney ID Number) |

| New Jersey | 12/10/2014 | 120722014 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney ID Number) |

B.      I state that I am currently admitted to practice law in the following federal jurisdictions:

District of New Jersey                   12/14/2015             _____
(Court where admitted)                   (Admission Date)       (Attorney ID Number)

Southern District of New York            1/8/2016               VL1811
(Court where admitted)                   (Admission Date)       (Attorney ID Number)

Eastern District of New York             9/21/2016              _____
(Court where admitted)                   (Admission Date)       (Attorney ID Number)

C.      *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for Plaintiffs.

_____
Vincent Lesch, Esq.


February 10, 2021
(Date)


Name of Applicants Firm:    Kreindler & Kreindler LLP
Address:                    750 Third Ave, 32nd Floor, New York, New York 10017
Phone:                      (212) 687-8181
E-mail:                     vlesch@kreindler.com


I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 10, 2021       _____
                                    Vincent Lesch, Esq.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : : : : : | CIVIL ACTION |
|  | : | NO. 2:20-cv-06393 |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : : : : : | |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | : : : : : : | |
| v. | : : | |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | : : : | |
| and | : : | |
| LEONARDO S.p.A. | : | |

## DECLARATION OF BRADLEY J. STOLL, ESQUIRE

Pursuant to 28 U.S.C. § 1746, I, Bradley J. Stoll, Esquire hereby state:

     1.     I am an attorney of good standing authorized to practice law in the Commonwealth of Pennsylvania and I am admitted to practice at the bar of this court.

     2.     I am the sponsoring attorney for the *pro hac vice* motion of Applicant Vincent Lesch, Esquire and am submitting this Declaration in support thereof.

     3.     Mr. Lesch is an associate lawyer of the law firm Kreindler & Kreindler LLP and his practice specializes in investigating and litigating aircraft accidents.

4.      The Plaintiffs in the above-captioned case have retained the Kriendler & Kriendler

law firm and Mr. Lesch on this matter. It is therefore necessary that he be admitted *pro hac vice* in

this lawsuit to advance their legal interests.

5.      My firm, which also specializes in aviation accident litigation, has been retained to

serve as local counsel.

6.      Counsel for all parties in this matter have been contacted concerning their position

on Mr. Lesch's *pro hac vice* admission. No counsel opposes his *pro hac vice* admission.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted:

By:    _____
       Bradley J. Stoll, Esq.
       KATZMAN, LAMPERT & STOLL
       121 N. Wayne Ave., Suite 205
       Wayne, PA 19087
       Phone: (610) 686-9686
       Fax: (610) 686-9687
       bstoll@klm-law.com
       **Attorney for Plaintiffs**

Dated: February 10, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : : : : : : | CIVIL ACTION<br><br>NO. 2:20-cv-06393 |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : : : : : | |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | : : : : : : | |
| v. | : : | |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | : : : | |
| and | : : | |
| LEONARDO S.p.A. | : | |

**DECLARATION OF VINCENT LESCH**

Pursuant to 28 U.S.C. § 1746, I, Vincent Lesch, Esquire hereby state:

1.      I am an attorney in good standing authorized to practice law in the states of New York and New Jersey.  I am an associate attorney at Kreindler & Kreindler LLP, counsel for all Plaintiffs in the matter.

2.      I and my firm are counsel for Plaintiffs in the above captioned lawsuit.

3.      My practice specializes in investigating and litigating aircraft accidents on behalf of plaintiffs.

4.      My state and federal bar admissions are listed in the accompanying *pro hac vice* Application Form, and I am active and in good standing in all such courts.

5.      I have never been suspended from the practice of law in any other jurisdiction or received and public reprimand by the highest disciplinary authority of any state bar or federal court in which I have been admitted.

6.      I am familiar with the applicable rules governing procedure and professional conduct.

7.      Counsel for all parties in this matter have been contacted concerning their position on my *pro hac vice* admission. No counsel opposes it.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted:

Vincent Lesch, Esq.
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, NY 10017
Phone: 212-687-8181
vlesch@kreindler.com

Dated: February 10, 2021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of Plaintiff's

Motion for Pro Hac Vice Admission for Vincent Lesch, Esq. was served upon all counsel of record

via Court electronic filing.

John E. Salmon, Esquire
Zachary J. Ballard, Esquire
SALMON, RICCHEZZA, SINGER & TURCHI LLP
1601 Market Street, Suite 2500
Philadelphia, PA 19103
jsalmon@srstlaw.com
zballard@srstlaw.com

John M. Socolow, Esquire
FITZPATRICK & HUNT, PAGANO, AUBERT LLP
1 Landmark Square – 21st Floor
Stamford, CT 06901
john.socolow@fitzhunt.com

**Attorneys for Defendant Agusta Westland Philadelphia Corporation and Leonardo S.p.A.**

By:    *Bradley J. Stoll*
       Bradley J. Stoll, Esquire

Dated: February 10, 2021