IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo,<br><br>MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero,<br><br>LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza,<br><br>    v.<br><br>AGUSTAWESTLAND PHILDELPHIA CORPORATION<br><br>    and<br><br>LEONARDO S.p.A. | CIVIL ACTION<br><br>NO. 2:20-cv-06393 |

## ORDER

AND NOW, this  10th  day of February, 2021, it is hereby

ORDERED that the application of Vincent C. Lesch III, to practice in this court pursuant too Local Rule of Civil Procedure 83.5.2 (b) is

  X    GRANTED

_____ DENIED

                                              /s/ R. Barclay Surrick
                                              R. BARCLAY SURRICK, J.