UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>AGUSTA WESTLAND PHILADELPHIA CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 2:20-cv-06393-RBS |

## STIPULATION/ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed, by and between the undersigned counsel of record, that Defendants shall have until March 26, 2021 to answer or otherwise respond to the Complaint.

Dated: February 11, 2021

**SALMON, RICCHEZZA, SINGER & TURCHI, LLP**
By:   */s/ Zachary J. Ballard*
Zachary J. Ballard, Esq.
1601 Market Street, Suite 2500
Philadelphia, PA 19103

**KATZMAN, LAMPERT & STOLL**

By:   */s/ Bradley J. Stoll*
Bradley J. Stoll, Esq.
121 North Wayne Avenue, Suite 205
Wayne, PA 19087

-and-

**FITZPATRICK & HUNT, PAGANO, AUBERT LLP**
John M. Socolow, Esq. (*pro hac vice*)
1 Landmark Square – 21st Floor
Stamford, CT 06901
 Attorneys for Defendants

-and-

**KREINDLER & KREINDLER, LLP**
Anthony Tarricone, Esq. (*pro hac vice*)
Vincent C. Lesch, III, Esq. (*pro hac vice*)
750 Third Avenue
New York, NY 10117
Attorneys for Plaintiffs

APPROVED BY THE COURT THIS 11TH DAY OF FEBRUARY, 2021

/s/ R. Barclay Surrick
_____
R. BARCLAY SURRICK, J.