IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : <br> : Civil Action No.: 2:20-cv-06393-RBS <br> : <br> : <br> : |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : <br> : <br> : <br> : <br> : |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, <br>      v. <br> AGUSTAWESTLAND PHILDELPHIA CORPORATION <br><br>     and <br><br> LEONARDO S.p.A. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO**
***FORUM NON CONVENIENS* AND PURSUANT TO FED. R. CIV. P. 12(b)(7)**
**FOR FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES**

Defendants, AgustaWestland Philadelphia Corporation ("AWPC") and Leonardo S.p.A. (collectively, "Defendants"), respectfully move this Court to dismiss this action pursuant to the doctrine of *forum non conveniens* and pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join necessary indispensable parties.

The facts, legal contentions and authorities supporting dismissal are set forth in the accompanying Affidavit of John M. Socolow and Exhibits A-G annexed thereto, and the accompanying Memorandum of Law, all of which are incorporated herein by reference.

A Proposed Order granting the relief requested is submitted herewith for the Court's consideration.

Defendants request oral argument of this motion.

Dated: March 24, 2021

                            Respectfully submitted,

                            **FITZPATRICK & HUNT, PAGANO, AUBERT LLP**
By:    */s/ John M. Socolow*
John M. Socolow, Esquire (admitted *pro hac vice*)
1 Landmark Square – 21st Floor
Stamford, CT 06901
(203) 580-4445 (Phone)
(203) 580-4350 (Fax)
john.socolow@fitzhunt.com

**SALMON, RICCHEZZA, SINGER & TURCHI LLP**
John E. Salmon, Esquire
Zachary J. Ballard, Esquire
1601 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 606-6600 (Phone)
(215) 606-6601 (Fax)
jsalmon@srstlaw.com
zballard@srstlaw.com

*Attorneys for Defendants*
*AgustaWestland Philadelphia Corporation and*
*Leonardo S.p.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed the foregoing via the Court's CM/ECF system on March 24, 2021, which automatically generates notification of the filing to all counsel of record.


*/s/ John M. Socolow*
John M. Socolow