IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : Civil Action No.: 2:20-cv-06393-RBS |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | |
| v. | |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | |
| and | |
| LEONARDO S.p.A. | |

**[PROPOSED] ORDER**

AND NOW, this ___ day _____, 2021, upon consideration of the Defendants' Motion to Dismiss Pursuant to *Forum Non Conveniens* and for Failure to Join Necessary and Indispensable Parties, and any response thereto, it is hereby ORDERED that the motion is GRANTED and the action is dismissed.

_____
**R. Barclay Surrick**
**United States District Judge**