# EXHIBIT C

12/29/2020 — Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018 | Daily Mail Online

Case 2:20-cv-06393-RBS   Document 14-6   Filed 03/24/21   Page 2 of 18

Privacy Policy | Feedback | Like 16.5M    Tuesday, Dec 29th 2020 7AM 33°F   10AM 34°F   5-Day Forecast


DailyMail.com

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV
Latest Headlines   Covid-19   Royal Family   Crime   Boris Johnson   Prince Harry   World News   Headlines   Most read   Games                         Login

# Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018

- Puebla Governor Martha Erika Alonso was killed when an Agusta 109 helicopter crashed ten minutes after takeoff on December 24, 2018
- Her husband Rafael Moreno Valle, who had preceded her as the region's governor, was also killed, as were three others
- The Puebla state prosecutor's office said the four suspects worked for Rotor Flight Services, a company 'related to the functioning of the aircraft'
- In March 2019 that investigators had concluded the crash was probably caused by a technical problem known to the company
- Maintenance records showed a preexisting problem involving stability systems and a piece inside with two loose screws

By ASSOCIATED PRESS
PUBLISHED: 20:09 EST, 25 December 2020 | UPDATED: 21:42 EST, 25 December 2020

7 shares   13 View comments

Four people have been arrested in connection with the 2018 crash of a helicopter that killed a central Mexican governor and her husband, authorities s

The Agusta 109 helicopter crashed ten minutes after takeoff on Dece while carrying newly installed Puebla Governor Martha Erika Alonso a Rafael Moreno Valle, who had preceded her as the region's governor.

Three other people were also killed in the crash.


● Site ○ Web   Enter your search

ADVERTISEMENT


Gift Now, Pay Later With Pay In 4 From PayPal
Click to Learn More.
By PAYPAL

Like Daily Mail          Follow Daily Mail
Follow @DailyMail       Follow Daily Mail
Follow @dailymailuk     Follow Daily Mail

FEMAIL TODAY

Reese Witherspoon reflects on THAT 'money' quip made by then-husband Ryan Phillippe about their pay





12/29/2020　　　　Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018 | Daily Mail Online

Case 2:20-cv-06393-RBS Document 14-6 Filed 03/24/21 Page 3 of 18

**SHAPING THE FUTURE** of Medical Equipment and Devices

DISCOVER MORE

Unparalleled Quality

SPARTECH

▶|

The Puebla state prosecutor's office said the four suspects worked for Rotor Flight Services, a company 'related to the functioning of the aircraft'.

It said the suspects were accused of culpable homicide, damage to another's property and false testimony.

The Mexico City prosecutor's office said Friday that a woman detained in the capital had been in charge of the shop where the helicopter had received maintenance.

controversial male rape scene

▶ 'I had my heart broken just days before this picture': Sarah Hyland shares her lowest point as Modern Family star takes part in Instagram photo challenge 

▶ Halsey apologizes for sharing graphic 'eating disorder' photo on social media 'without a sufficient trigger warning' 

▶ The perfect place for a proposal! Zac Efron 'wants to pop the question' to girlfriend Vanessa Valladares on New Year's Eve at beach house on Hamilton Island

▶ This 'Glacial Dip' body scrub uses Australian white clay to gently exfoliate and soothe skin (and it's already earning celeb fans) PROMOTED

EXCLUSIVE Tired-looking Alec Baldwin is spotted running errands in the Hamptons after defending wife Hilaria

▶ 'Da thunder match da thighs': Lizzo poses in scanty lingerie set and a body stocking as she shows off her dance moves

▶ 'Let's be real about what ACTUAL people can afford!' Gwyneth Paltrow sparks fury as she plugs a $795 slip dress for 'at-home NYE celebrations'

▶ Constance Wu secretly gave birth to a baby girl with boyfriend Ryan Kattner over the summer: 'They're so excited and happy'

12/29/2020, Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018 | Daily Mail Online

Case 2:20-cv-06393-RBS   Document 14-6   Filed 03/24/21   Page 4 of 18

+5

Puebla Governor Martha Erika Alonso and her husband Rafael Moreno Valle, who had preceded her as the region's governor, were killed in the crash

+5

The Agusta 109 helicopter crashed ten minutes after takeoff on December 24, 2018

▶ 'Sooo satisfying!':

The Mexico City prosecutor's office said Friday that a woman detained in the in charge of the shop where the helicopter had received maintenance

12/29/2020 Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018 | Daily Mail Online

Case 2:20-cv-06393-RBS Document 14-6 Filed 03/24/21 Page 5 of 18

Mexico's then secretary of communications and transportation, Javier Jiménez Espriú, said in March 2019 that investigators had concluded the crash was probably caused by a technical problem known to the company that operated the helicopter and said, 'it should not have flown.'

He said maintenance records showed a preexisting problem involving stability systems and a piece inside with two loose screws.

The crash prompted political suspicion because Moreno Valle was a rising figure in the opposition National Action Party, which had governed Mexico from 2000 to 2012.

That party went on to lose the state election held to replace Alonso.

Her own victory in 2018 had been challenged by the party of current President Andrés Manuel López Obrador, but was upheld.

+5

Emergency rescue personnel, the army and the police work at the scene of the helicopter crash near Puebla City, Mexico on December 24, 2018

Gisele Bundchen holiday together over the festive break in the Bahamas

▶ Demi Rose sends temperatures soaring as she flaunts her famous curves in a slew of sizzling bikini-clad throwback snaps

▶ Justin Bieber makes a VERY rude remark to wife Hailey Bieber... as the pair have awkward exchange on social media and she tells him to 'go to sleep'

▶ Ireland Baldwin declares she is 'fully supportive of the Latinx community' following backlash amid stepmom Hilaria's Spanish heritage claims

▶ The Simpsons 'predict' ANOTHER world event! 2007's big-screen version saw Springfield sealed off by the government

▶ Victoria's Secret stunner Kelly Gale poses for a racy topless photo with fellow model Keke Lindgard
Left very little to the imagination

▶ For ALL the showbiz news on the internet, go to Newzit.com

SPONSORED

▶ The Undoing's Noah Jupe, 15, 'nets $840,000 for role in new film No Sudden Move along with a three-bed apartment and business class flights'

ADVERTISEMENT

ADVERTISEMENT

12/29/2020, Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018 | Daily Mail Online

Case 2:20-cv-06393-RBS Document 14-6 Filed 03/24/21 Page 6 of 18

+5

The suspects arrested over the crash were accused of culpable homicide, damage to another's property and false testimony

ADVERTISEMENT

Share or comment on this article: Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018

**7**
shares

KN95 & FFP2 Masks on clearance - 80% off While stocks last...
SQ Medical Supplies

Sponsored Links

These Cars Are So Loaded It's Hard to Believe They're So Cheap
Luxury SUVs | Search Ads

Many failed before. Will you complete the trial?
Hero Wars

Sponsored Links

Buying Tesla Stock? Wait Until You See This
Empire Financial Research

Sponsored Links

German Girl Suspiciously Paid For Everything In Cash For Years, Then Authorities Realize Why
Penguin M.D.

Do This Instead of Cleaning Gutters (It's Genius)
LeafFilter Partner

▸ 'I've been called aggressive: Daisy Ridley reveals movie bosses' cruel interpretations of her enthusiasm left her wanting to be 'quieter'

▸ Paul McCartney performs a celebratory jig after bagging his first number one in 31 years - as new album McCartney III tops the Billboard chart

▸ Karrueche Tran displays her toned physique in sporty crop tops and matching leggings as she launches new workout edit

'It's become a wild horse!' Emily Blunt says John Krasinski's lockdown series Some Good News 'took over' their lives after he spent

▸ five years dreaming of the show

▸ Sofia Richie 'looks into 2021' as she relaxes on luxury yacht in bikini top and colorful leggings in St. Barts

**Paul McCartney performs a celebratory ji bagging his first number one in 31 years - album McCartney III tops the Billboard cl**

might get laid tonight'

41°

INTERNATIONAL

# Four arrested in connection with 2018 helicopter crash in Mexico



41°

by: The Associated Press
Posted: Dec 25, 2020 / 09:18 PM PST / Updated: Dec 25, 2020 / 09:19 PM PST

MEXICO CITY — Authorities say four people have been arrested in connection with the 2018 crash of a helicopter that killed a central Mexican governor and her husband — who had preceded her as governor.

The Agusta 109 helicopter crashed in flames 10 minutes after takeoff on Dec. 24 that year while carrying newly installed Puebla Gov. Martha Erika Alonso and former Gov. Rafael Moreno Valle, as well as three other people.

The Puebla state prosecutor's office said Friday the suspects worked for a company "related to the functioning of the aircraft."

It said the suspects were accused of culpable homicide, damage to another's property and false testimony.

Copyright 2020 Nexstar Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SHARE THIS STORY**

**AROUND THE WEB** 




 NEWS

Participate in our Best States survey »

Home / News / World News

# Mexico Arrests 4 People Over 2018 Crash That Killed Puebla Governor

By Reuters, Wire Service Content  Dec. 25, 2020

**BY NOE TORRES**

MEXICO CITY (Reuters) - Mexican authorities said on Friday they detained four people in connection with a helicopter crash two years ago that killed the governor of the central state of Puebla, Martha Alonso, and her husband, Rafael Moreno Valle, a senator and former governor.



On December 24, 2018, their helicopter came down shortly after taking off from Puebla, headed to Mexico City.

The Puebla Attorney General's office said the three men and one woman arrested are being investigated for homicide and making false statements, without offering further details.

The four worked at Rotor Flight Services, a company that had a role in the functioning of the helicopter.

Alonso, a member of the opposition National Action Party (PAN), had taken office just a few days before the fatal crash, which also killed the two pilots of the helicopter and an assistant of Moreno Valle.

(Reporting by Noe Torres; writing by Laura Gottesdiener; Editing by Dan Grebler)

**Copyright 2020 Thomson Reuters**.

**Tags:** Mexico



12/29/2020 — Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018 | Daily Mail Online

Case 2:20-cv-06393-RBS   Document 14-6   Filed 03/24/21   Page 11 of 18



Privacy Policy | Feedback | Like 16.5M | Tuesday, Dec 29th 2020 7AM 33°F   10AM 34°F   5-Day Forecast

| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV |

Latest Headlines   Covid-19   Royal Family   Crime   Boris Johnson   Prince Harry   World News   Headlines   Most read   Games   Login

# Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018

- Puebla Governor Martha Erika Alonso was killed when an Agusta 109 helicopter crashed ten minutes after takeoff on December 24, 2018
- Her husband Rafael Moreno Valle, who had preceded her as the region's governor, was also killed, as were three others
- The Puebla state prosecutor's office said the four suspects worked for Rotor Flight Services, a company 'related to the functioning of the aircraft'
- In March 2019 that investigators had concluded the crash was probably caused by a technical problem known to the company
- Maintenance records showed a preexisting problem involving stability systems and a piece inside with two loose screws

By ASSOCIATED PRESS
PUBLISHED: 20:09 EST, 25 December 2020 | UPDATED: 21:42 EST, 25 December 2020

○ Site ○ Web | Enter your search

ADVERTISEMENT



Gift Now, Pay Later With Pay In 4 From PayPal
Click to Learn More.
By PAYPAL

Like Daily Mail    Follow Daily Mail
Follow @DailyMail   Follow Daily Mail
Follow @dailymailuk  Follow Daily Mail

7 shares    13 View comments

FEMAIL TODAY

Reese Witherspoon reflects on THAT ▶ 'money' quip made by then-husband Ryan Phillippe about their pay 

Four people have been arrested in connection with the 2018 crash of a helicopter that killed a central Mexican governor and her husband, authorities s

The Agusta 109 helicopter crashed ten minutes after takeoff on Dece while carrying newly installed Puebla Governor Martha Erika Alonso a Rafael Moreno Valle, who had preceded her as the region's governor.

Three other people were also killed in the crash.

**SHAPING THE FUTURE** of Medical Equipment and Devices

DISCOVER MORE

Unparalleled Quality

**SPARTECH**

▶|

The Puebla state prosecutor's office said the four suspects worked for Rotor Flight Services, a company 'related to the functioning of the aircraft'.

It said the suspects were accused of culpable homicide, damage to another's property and false testimony.

The Mexico City prosecutor's office said Friday that a woman detained in the capital had been in charge of the shop where the helicopter had received maintenance.

controversial male rape scene

▶ 'I had my heart broken just days before this picture': Sarah Hyland shares her lowest point as Modern Family star takes part in Instagram photo challenge



▶ Halsey apologizes for sharing graphic 'eating disorder' photo on social media 'without a sufficient trigger warning'



▶ The perfect place for a proposal! Zac Efron 'wants to pop the question' to girlfriend Vanessa Valladares on New Year's Eve at beach house on Hamilton Island

▶ This 'Glacial Dip' body scrub uses Australian white clay to gently exfoliate and soothe skin (and it's already earning celeb fans) PROMOTED

EXCLUSIVE  Tired-looking Alec Baldwin is spotted running errands in the Hamptons after defending wife Hilaria

▶ 'Da thunder match da thighs': Lizzo poses in scanty lingerie set and a body stocking as she shows off her dance moves

▶ 'Let's be real about what ACTUAL people can afford!' Gwyneth Paltrow sparks fury as she plugs a $795 slip dress for 'at-home NYE celebrations'

▶ Constance Wu secretly gave birth to a baby girl with boyfriend Ryan Kattner over the summer: 'They're so excited and happy'



12/29/2020 Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018 | Daily Mail Online

Case 2:20-cv-06393-RBS Document 14-6 Filed 03/24/21 Page 13 of 18

+5

Puebla Governor Martha Erika Alonso and her husband Rafael Moreno Valle, who had preceded her as the region's governor, were killed in the crash

+5

The Agusta 109 helicopter crashed ten minutes after takeoff on December 24, 2018

▶ 'Sooo satisfying!':

The Mexico City prosecutor's office said Friday that a woman detained in the in charge of the shop where the helicopter had received maintenance

12/29/2020, Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018 | Daily Mail Online

Case 2:20-cv-06393-RBS Document 14-6 Filed 03/24/21 Page 14 of 18

Mexico's then secretary of communications and transportation, Javier Jiménez Espriú, said in March 2019 that investigators had concluded the crash was probably caused by a technical problem known to the company that operated the helicopter and said, 'it should not have flown.'

He said maintenance records showed a preexisting problem involving stability systems and a piece inside with two loose screws.

The crash prompted political suspicion because Moreno Valle was a rising figure in the opposition National Action Party, which had governed Mexico from 2000 to 2012.

That party went on to lose the state election held to replace Alonso.

Her own victory in 2018 had been challenged by the party of current President Andrés Manuel López Obrador, but was upheld.

+5

Emergency rescue personnel, the army and the police work at the scene of the helicopter crash near Puebla City, Mexico on December 24, 2018

Gisele Bundchen holiday together over the festive break in the Bahamas

▸ Demi Rose sends temperatures soaring as she flaunts her famous curves in a slew of sizzling bikini-clad throwback snaps

▸ Justin Bieber makes a VERY rude remark to wife Hailey Bieber... as the pair have awkward exchange on social media and she tells him to 'go to sleep'

▸ Ireland Baldwin declares she is 'fully supportive of the Latinx community' following backlash amid stepmom Hilaria's Spanish heritage claims

▸ The Simpsons 'predict' ANOTHER world event! 2007's big-screen version saw Springfield sealed off by the government

▸ Victoria's Secret stunner Kelly Gale poses for a racy topless photo with fellow model Keke Lindgard
Left very little to the imagination

▸ For ALL the showbiz news on the internet, go to Newzit.com

SPONSORED

▸ The Undoing's Noah Jupe, 15, 'nets $840,000 for role in new film No Sudden Move along with a three-bed apartment and business class flights'

ADVERTISEMENT
ADVERTISEMENT

12/29/2020 Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018 | Daily Mail Online

Case 2:20-cv-06393-RBS Document 14-6 Filed 03/24/21 Page 15 of 18

+5

The suspects arrested over the crash were accused of culpable homicide, damage to another's property and false testimony

ADVERTISEMENT

Share or comment on this article: Four people are arrested over helicopter crash that killed Mexican governor and her husband in 2018

**7** shares

KN95 & FFP2 Masks on clearance - 80% off While stocks last...
SQ Medical Supplies

Sponsored Links

These Cars Are So Loaded It's Hard to Believe They're So Cheap
Luxury SUVs | Search Ads

Many failed before. Will you complete the trial?
Hero Wars

Sponsored Links

Buying Tesla Stock? Wait Until You See This
Empire Financial Research

Sponsored Links

German Girl Suspiciously Paid For Everything In Cash For Years, Then Authorities Realize Why
Penguin M.D.

Do This Instead of Cleaning Gutters (It's Genius)
LeafFilter Partner

'I've been called aggressive: Daisy Ridley reveals movie bosses' cruel interpretations of her enthusiasm left her wanting to be 'quieter'

Paul McCartney performs a celebratory jig after bagging his first number one in 31 years - as new album McCartney III tops the Billboard chart

Karrueche Tran displays her toned physique in sporty crop tops and matching leggings as she launches new workout edit

'It's become a wild horse!' Emily Blunt says John Krasinski's lockdown series Some Good News 'took over' their lives after he spent five years dreaming of the show

Sofia Richie 'looks into 2021' as she relaxes on luxury yacht in bikini top and colorful leggings in St. Barts

# Paul McCartney performs a celebratory ji bagging his first number one in 31 years - album McCartney III tops the Billboard ch

might get laid tonight'



37°

TRENDING    Holidays    Coronavirus Vaccine    Map: Coronavirus Cases    LX    Race in Philly    …

MEXICO

# 4 Arrested in Mexico Crash That Killed Current, Ex-Governor

The Puebla state prosecutor's office said the four suspects worked for Rotor Flight Services, a company "related to the functioning of the aircraft"

Published December 26, 2020

  

Getty Images

Case 2:20-cv-06393-RBS Document 14-6 Filed 03/24/21 Page 17 of 18



Members of the Federal Police search the scene on December 25, 2018... **Read more**

Four people have been arrested in connection with the 2018 crash of a helicopter that killed a central Mexican governor and her husband — who had preceded her as governor — authorities said Friday.

The Agusta 109 helicopter crashed in flames 10 minutes after takeoff on Dec. 24 that year while carrying newly installed Puebla Gov. Martha Erika Alonso and her husband, former Gov. Rafael Moreno Valle, as well as three other people.

The Puebla state prosecutor's office said the four suspects worked for Rotor Flight Services, a company "related to the functioning of the aircraft." It said the suspects were accused of culpable homicide, damage to another's property and false testimony.

**U.S. & World**
Stories that affect your life across the U.S. and around the world.



**3 HOURS AGO**
Boeing 737 Max Set to Return to U.S. Skies After Crashes

# 4 arrested in case of helicopter crash that killed governor of Puebla

The suspects were employees of a company that maintained the aircraft

Published on Monday, December 28, 2020

Authorities have arrested four people in connection with a 2018 helicopter crash that killed five people, including the governor of Puebla.

All four were employees of Rotor Flight Services, a company that provided maintenance to the Agusta A-109 aircraft, which crashed near the city of Puebla shortly after takeoff on Christmas Eve 2018.

Among the passengers were then-governor Martha Érika Alonso and her husband Rafael Moreno Valle, who preceded his wife as governor and was a senator at the time of the accident. Alonso had been sworn in as governor just 10 days before the accident in an election that was disputed by the Morena party, which alleged electoral fraud.

The crash raised suspicions of sabotage but a federal investigation concluded earlier this year that there was no evidence of sabotage but there were two loose screws in the rotor's linear actuator, which caused the helicopter to roll unexpectedly.

The four suspects are under investigation for homicide and making false statements. The arrests were made in Mexico City, México state, Hidalgo and Puebla.

Source: Animal Político (sp)

**Since we erected a paywall at Mexico News Daily, subscription revenues have enabled us to increase our news coverage, offer more feature stories and give us a firm financial foundation on which to operate. By subscribing, you can support our efforts to provide a greater variety of news and stories from Mexico. Please click here to subscribe.**