# EXHIBIT D

## TELEGRAPHIC MESSAGE

| NAME OF AGENCY<br>FEDERAL AVIATION ADMINISTRATION<br>MIKE MONRONEY AERONAUTICAL CENTER<br>OKLAHOMA CITY, OKLAHOMA 73125 | PRECEDENCE<br>ACTION: **PRIORITY**<br><br>INFO: | SECURITY CLASSIFICATION<br><br>**UNCLASSIFIED** |
|---|---|---|
| ACCOUNTING CLASSIFICATION | DATE/TIME PREPARED<br>7/1/2016   12:58 PM | FILE |

| FOR INFORMATION CALL | | |
|---|---|---|
| NAME<br>CHRISTOPHER FARRELL       AFS-754 | PHONE NUMBER<br>405-954-3116 | TYPE OF MESSAGE<br>SINGLE ADDRESS |

| *THIS SPACE FOR USE OF COMMUNICATION UNIT* |
|---|

| MESSAGE TO BE TRANSMITTED *(Use double spacing and all capital letters)* |
|---|

**TO:**

MMMXDGOW
CIVILAIR
MEXICO 15620, D.F., MEXICO

THIS CONFIRMS DEREGISTRATION OF N42JG AGUSTA SPA A109S SERIAL NUMBER 22174 FROM THE UNITED
STATES CIVIL AIRCRAFT REGISTER EFFECTIVE 1:00 PM CDT JULY 1 2016.  OUR RECORDS SHOW NO UNRELEASED
RECORDED LIENS AGAINST THE AIRCRAFT.  THE LAST U.S. OWNER OF RECORD WAS BICENTENNIAL AIR LTD CO.

*Toni Kaplan*                    for

JOE D. SMITH, ASSISTANT DIVISION MANAGER
CIVIL AVIATION REGISTRY, AFS-700
FEDERAL AVIATION ADMINISTRATION

| CC: IATS IN PD ROOM | | | SECURITY CLASSIFICATION | |
|---|---|---|---|---|
| | PAGE NO. | NO. OF PGS | | |
| TONI KAPLAN | 1 | 1 | | FAA-0001 |

AFS-750-FAX-1 (01/14)

## DEREGISTRATION OF UNITED STATES CIVIL AIRCRAFT

| U.S. Registration | Temp | I.R. | Manufacturer | Model | Serial Number |
|---|---|---|---|---|---|
| N-42JG | Yes ☐  No ☒ | Yes ☒  No ☐ | AGUSTA SPA | A109S | 22174 |

Last U.S. Owner of Record  <u>Bicentennial Air Ltd Co</u>

### GENEVA CONVENTION – Lien/Lease Information on File

☒ None

☐ Lien  Conveyance No. _____  Lien holder: _____

☐ Lien  Conveyance No. _____  Lien holder: _____

☐ Lease  Conveyance No. _____  Lessee: _____

☐ Lease  Conveyance No. _____  Lessee: _____

### CAPE TOWN TREATY - Lien Information on File

☐ Written certification was received from IDERA authorized party that all registered interests ranking in priority to authorized party have been discharged or the holders of such interests have consented to the export.

　　Conveyance No. _____
　　IDERA Authorized Party: _____

☒ Written certification was received from the owner that all outstanding interests in the FAA aircraft record have been discharged or the holders of such interests have consented to the export.

☒ None

☐ Lien  Conveyance No. _____  Lien holder: _____

☐ Lien  Conveyance No. _____  Lien holder: _____

☐ Lease  Conveyance No. _____  Lessee: _____

☐ Lease  Conveyance No. _____  Lessee: _____

The above registration is to be cancelled for the reason checked below:

☐ Expired　　　　　　　　　　　　　　　　　　☒ Exported to:  <u>Mexico</u>

☐ Totally destroyed or scrapped

☒ At the request of: ☐ Registrant  ☒ Owner  ☐ IDERA Authorized Party (Export only)

☐ Other (*Specify*) _____

| Official approving the cancellation:<br>Name: TONI KAPLAN | TIME:<br>1:00 PM CDT | DATE:<br>July 1, 2016 |
|---|---|---|

CONFIRM TO: <u>Mexico</u>　　　　　　　　COPY TO: ☒ WIRE　☐ MAIL
FOREIGN MARKINGS: _____

　　　　　　　　　　　　　　　　　　　　CC: IATS in PD Room

| The above registration has been cancelled and records adjusted accordingly. | *Toni Kaplan* | DATE:<br>July 1, 2016 |
|---|---|---|

AFS-750-17 (01/12)

FAA-0004

Accepted TK Jul/01/2016

DEREGISTRATION REQUEST

Federal Aviation Administration
Attn: Export Examiner, Aircraft Registry
Oklahoma City, Oklahoma

RE:  N42JG, Agusta Westland A109S, S/N 22174

Bicentennial Air Ltd. Co., (Seller) has sold the above-referenced aircraft to Servicios

Aereos del Altiplano, S.A. de C.V.  (Purchaser).

Please accept this letter as authorization to deregister this aircraft for export to MEXICO.

The undersigned certifies all registered interests ranking in priority to that of the

requester have been discharged or that the holders of such interests have consented to the

cancellation for export purposes.

As soon as the aircraft has been deregistered, please will you send written notification to

the Dirección General de Aeronáutica Civil (DGAC) in MEXICO.

Should you have any questions or need additional information, please contact Insured

Aircraft Title Service, Inc. in the P.D. Room or at (405) 681-6663, on our client's behalf.


Dated this 1ˢᵗ day of July , 2016

Seller:  Bicentennial Air Ltd. Co.

Mauricio Margain Gonzalez
Owner / President

FAA-0005

FAA-0006

FILED WITH FAA
AIRCRAFT REGISTRATION BR

2016 JUL  1  RM 11 01

OKLAHOMA CITY
OKLAHOMA

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

**AIRCRAFT BILL OF SALE**

OMB Control No. 2120-0042
Exp. 04/30/2017

Accepted TK Jul/01/2016

FOR AND IN CONSIDERATION OF $ 1.00   THE
UNDERSIGNED OWNER(S) OF THE FULL   LEGAL
AND BENEFICIAL TITLE OF THE AIRCRAFT
DESCRIBED AS FOLLOWS:

UNITED STATES
REGISTRATION NUMBER    **N**42JG

AIRCRAFT MANUFACTURER & MODEL
Agusta Westland A109S

AIRCRAFT SERIAL No.
22174

DOES THIS     1st     DAY OF  July    , 2016
HEREBY SELL, GRANT, TRANSFER AND
DELIVER ALL RIGHTS, TITLE, AND INTERESTS
IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)
Bicentennial Air Ltd. Co.
4115 Jetty Terrace
Missouri City, Texas 77459

DEALER CERTIFICATE NUMBER

AND TO ITS  successors  ~~EXECUTORS, ADMINISTRATORS,~~ AND ASSIGNS TO HAVE AND TO HOLD
SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF  I     HAVE SET MY     HAND ~~AND SEAL~~ THIS  1st  DAY OF July  2016

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| TVPX ARS, Inc., not in its individual capacity but solely as Owner Trustee | | Joshua Eyre Assistant Vice President |

**SELLER**

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR
VALIDITY OF THE INSTRUMENT.)

ORIGINAL:  TO FAA:
AC Form 8050-2 (01/12) (NSN 0052-00-629-0003)

FAA-0007

FAA-0008

FILED WITH FAA
AIRCRAFT REGISTRATION BR

2016 JUL  1  AM 11 01

OKLAHOMA CITY
OKLAHOMA

Accepted DP Jun/28/2016


**SCT**
SECRETARÍA DE
COMUNICACIONES
Y TRANSPORTES



Subsecretaría de Transporte
Dirección General de Aeronáutica Civil
Registro Aeronáutico Mexicano.
4.1.5.0.5.-1376/2016
VUS 1288/2016

Asunto: Cancelación de Matrícula.

Ciudad de México, a **23 JUN 2016**

Manager F.A.A.
Oklahoma City
73125 Oklahoma

Se confirma la cancelación de la matrícula XA-UPD (Extra Alfa Unión Papa Delta) asignada a la aeronave marca y modelo AGUSTA A109S número de serie 22174 con efectos a partir de las 14:00 horas del 20 de junio 2016.

We hereby confirm deregistration of  XA-UPD (Extra Alfa Unión Papa Delta) assigned to the AGUSTA A109S and serial number 22174 by the Mexican Civil Aviation Authority, effective as of 14:00 hours june 20· 2016.



CTA. Miguel Peláez Lira

Ing. Jorge Romero García

Lic. Guadalupe Mariana González Rosas


HOF/RMM.

FAA-0009

FAA-0010

FILED WITH FAA
AIRCRAFT REGISTRATION BR

2016 JUN 24   PM 3 20

OKLAHOMA CITY
OKLAHOMA



U.S. Department
of Transportation

**Federal Aviation
Administration**

**Flight Standards Service
Aircraft Registration Branch,
AFS-750**

**P.O. Box 25504
Oklahoma City, Oklahoma 73125-0504
(405) 954-3116
Toll Free: 1-866-762-9434
WEB Address: http://registry.faa.gov**

Date of Issue: June 28, 2016

TVPX ARS INC TRUSTEE
39 E EAGLE RIDGE DR STE 201
NORTH SALT LAKE, UT   84054-2533
Ildılıdılıllıılıldılılılılılılılıılılılılılılılıl

HAND DELIVERED TO IATS IN THE PD ROOM

T164863      This facsimile must be carried in the Aircraft as a Temporary Certificate of
Registration for

**N42JG   AGUSTA SPA   A109S** Serial 22174 and is valid until Jul 28, 2016.

This is not an airworthiness certificate.  For airworthiness information, contact the nearest
Federal Aviation Administration Flight Standards District Office.

Durty Powers
_____ for
Joe D. Smith
Assistant Division Manager, Civil Aviation Registry, AFS-700
Federal Aviation Administration

AFS-750-FAX-4 (01/14)

FAA-0011

FAA-0012



**UNITED STATES OF AMERICA – DEPARTMENT OF TRANSPORTATION**
Federal Aviation Administration – Mike Monroney Aeronautical Center

U S Department
of Transportation
Federal Aviation
Administration

OMB Control No  2120-0042
Collection Expires 4/30/2017

Accepted DP Jun/28/2016

## AIRCRAFT REGISTRATION APPLICATION

| UNITED STATES REGISTRATION NUMBER | N 42JG |
|---|---|

**TYPE OF REGISTRATION** (Check one box)
- ☐ 1 Individual
- ☐ 2 Partnership
- ☐ 3 Corporation (includes LLC's)
- ☐ 4 Co-Owner
- ☐ 5 Government
- ☐ 8 Non-Citizen Corporation
- ☐ 9 Non-Citizen Corporation Co-Owner

AIRCRAFT MANUFACTURER AND MODEL  Agusta Westland model A109S

AIRCRAFT SERIAL NUMBER  22174

NAME(S) OF APPLICANT(S) (Person(s) shown on evidence of ownership  If individual, give last name, first name and middle initial )
TVPX ARS Inc , not in its individual capacity but solely

as Owner Trustee under a Trust Agreement dated as of

_____, 2016

TELEPHONE NUMBER  (801 ) 877-0478

MAILING ADDRESS  (Permanent mailing address for first applicant listed above )
NUMBER AND STREET  39 East Eagle Ridge Drive, Suite 201

RURAL ROUTE _____  P O  BOX _____

CITY  North Salt Lake  STATE  Utah  ZIP  84054

PHYSICAL ADDRESS/LOCATION IF PO BOX OR RURAL ROUTE BOX USED FOR MAILING ADDRESS

NUMBER AND STREET _____

DESCRIPTION OF LOCATION _____

CITY _____  STATE _____  ZIP _____

☐ *CHECK HERE IF YOU ARE ONLY REPORTING A CHANGE OF ADDRESS*

**ATTENTION!** Read the following statement before signing this application
**This portion must be completed**
A false or dishonest answer to any question in this application
may be grounds for punishment by fine and/or imprisonment
(U S  Code, Title 18, Section 1001)

## CERTIFICATION

I/WE CERTIFY
(1)  That the above aircraft is owned by the undersigned applicant who either is a citizen (including corporations) of the United States OR meets the aircraft registration citizenship requirements of 14 CFR Part 47 as  (CHECK AND COMPLETE a, b, or c)

- ☐ a  A resident alien with alien registration(Form I-551) No _____
- ☐ b  A non-citizen corporation organized and doing business under the laws of (state) _____
  and said aircraft is based and primarily used in the United States  Records of flight hours are available for inspection at _____
- ☐ c  A corporation using a voting trust to qualify    Enter name of trustee _____

(2)  That the aircraft is not registered under the laws of any foreign country, and

(3)  That legal evidence of ownership is attached or has been filed with the Federal Aviation Administration

NOTE   If executed for co-ownership, all applicants must sign  Use next page if necessary

| | SIGNATURE | DATE 6-27-16 |
|---|---|---|
| 1 | TYPED/PRINTED NAME  Michael Hoggan | TITLE  Sr Vice President |
| 2 | SIGNATURE | DATE |
| | TYPED/PRINTED NAME | TITLE |
| 3 | SIGNATURE | DATE |
| | TYPED/PRINTED NAME | TITLE |

NOTE  14 CFR §47 31(c) provides for the operation of an airworthy U S  aircraft up to 90 days within the United States,
pending receipt of a registration certificate, when a copy of its application for registration is carried in the aircraft.

AC Form 8050-1 (03/16)                    1

FAA-0013

FILED WITH FAA
AIRCRAFT REGISTRATION BR
2016 JUN 27 PM 2 37
OKLAHOMA CITY
OKLAHOMA

DP013752 Conveyance Recorded Jun/28/2016 01:16 PM FAA

| UNITED STATES OF AMERICA | OMB Control No. 2120-0042 |
| --- | --- |

**U.S. DEPARTMENT OF TRANSPORTATION** FEDERAL AVIATION ADMINISTRATION

Exp 04/30/2017

### AIRCRAFT BILL OF SALE

FOR AND IN CONSIDERATION OF $ 10.0VC  THE
UNDERSIGNED OWNER(S) OF THE FULL   LEGAL
AND BENEFICIAL TITLE OF THE AIRCRAFT
DESCRIBED AS FOLLOWS:

UNITED STATES
REGISTRATION NUMBER   **N 42JG**

AIRCRAFT MANUFACTURER & MODEL
Agusta Westland model A109S

AIRCRAFT SERIAL No.
22174

DOES THIS ____27____ DAY OF __June__ , 2016
HEREBY SELL, GRANT, TRANSFER AND
DELIVER ALL RIGHTS, TITLE, AND INTERESTS
IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL )

TVPX ARS Inc , not in its individual capacity
but solely as Owner Trustee under a Trust Agreement dated as of __June  27__ , 2016
39 East Eagle Ridge Dr., Suite 201
North Salt Lake, Utah  84054

DEALER CERTIFICATE NUMBER

AND TO   ITS  Successors   ~~EXECUTORS, ADMINISTRATORS~~, AND ASSIGNS TO HAVE AND TO HOLD
SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF

IN TESTIMONY WHEREOF __I__ HAVE SET __my__ HAND AND SEAL THIS __27__ DAY OF __June__ __2016__

| **SELLER** | NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUSTSIGN | TITLE (TYPED OR PRINTED) |
| --- | --- | --- | --- |
| | Bicentennial Air Ltd. Co. | *[signature]* | Manager |
| | (foreign seller) | | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING. HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL: TO FAA.
AC Form 8050-2 (01/12) (NSN 0052-00-629-0003)

161791437313
$5 00  06/27/2016

FAA-0015

  FILED WITH FAA
AIRCRAFT REGISTRATION BR

2016 JUN 27 PM 2 37

OKLAHOMA CITY
OKLAHOMA

ACTION 

Accepted AB Jun/28/2016

  **Insured Aircraft Title Service, Inc.**

P O Box 19527          Oklahoma City, Ok  73144          (405) 681-6663
4848 SW 36th Street     Oklahoma City, Ok  73179          (800) 654-4882
www.insuredaircraft.com                                FAX (405) 681-9299

FEDERAL AVIATION ADMINISTRATION
CENTRAL RECORDS DIVISION
OKLAHOMA CITY, OKLAHOMA

Date:          June 22, 2016

Dear Sir/Madam:

Please Reserve N _____  in NAME ONLY for

_____

_____
_____
_____

••••••••••••••••••••••••••••••••  **N# Change Request**  ••••••••••••••••••••••••••••••••

Please Reserve N  42JG          and assign for the following aircraft

N  Import    Make _____ Agusta _____ Model _____ A109S _____ Serial # _____ 22174 _____

Which is (1) being purchased by _____ XX _____  (2)  registered to _____

TVPX ARS, Inc as Owner Trustee _____

_____
_____

Payment of the required $10 00 fee per number to reserve/assign is attached  If the preferred N number is not available, please contact the undersigned for a selection of a new number  Please send the confirmation of reservation/8050-64 form to Insured Aircraft Title Service, Inc  in the Public Documents room of the FAA

Additional Information _____

_____
_____
_____

Requested by  _Angie Risley_
                              Angie Risley

                              161791437313
                              $20 00  06/27/2016
                              FAA-0017

FILED WITH FAA
AIRCRAFT REGISTRATION BR
2016 JUN 27 PM 2 37
OKLAHOMA CITY
OKLAHOMA

MEMORANDUM TO THE FILE

| AUTUMN LANGFORD | June 28, 2016 |
|:---:|:---:|
| ID | DATE |

A Prior Record search was performed for <u>AGUSTA SPA A109S, 22174</u> on <u>June 28, 2016</u>.  Search results:

No Prior Record

Assigned N<u>42JG</u>

FAA-0019