# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo,<br><br>MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero,<br><br>LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually, as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza,<br>    v.<br>AGUSTAWESTLAND PHILDELPHIA CORPORATION<br><br>    and<br><br>LEONARDO S.p.A. | Civil Action No.: 2:20-cv-06393-RBS |

## AFFIDAVIT OF JAMES HELKEY

JAMES HELKEY, being duly sworn, deposes and says:

1. I have been employed by defendant AgustaWestland Philadelphia Corporation ("AWPC"), one of the defendants herein, since 2014. I am currently AWPC's Director, Completions and Maintenance.

2. I have personal knowledge of the facts stated herein, or I obtained such knowledge from records regularly kept by AWPC.

3. I submit this affidavit in support of AWPC's motion to dismiss pursuant to the doctrine of *forum non conveniens*, and for failure to join a necessary and indispensable party.

1

4. I understand that the accident which gives rise to this lawsuit involves the crash of an Agusta A109S model helicopter, bearing Mexican Registration No. XA-BON and Serial Number 22174 (the "Subject Helicopter").

5. AWPC does not design or manufacture Agusta A109S model helicopters.

6. AWPC did not design, manufacture, test, assemble, maintain, or overhaul the Subject Helicopter, or any of its component parts.

7. AWPC did not import the Subject Helicopter into Pennsylvania or anywhere else in the United States of America.

8. AWPC did not sell or distribute the Subject Helicopter from Pennsylvania, or from anywhere else in the United States of America.

9. The Subject Helicopter has never been flown to or from, and has never been present at, AWPC's facility in Philadelphia.

Dated: March 23, 2021
Philadelphia, Pennsylvania

JAMES HELKEY

Sworn to before me this
___23___ day of March, 2021

Notary Public
Allison M. Conway

Commonwealth of Pennsylvania - Notary Seal
ALLISON M. CONWAY, Notary Public
Philadelphia County
My Commission Expires October 8, 2023
Commission Number 1357360

2

## NOTARIAL CERTIFICATE OF ACKNOWLEDGMENT

STATE OF _Pennsylvania_

COUNTY OF _Philadelphia_ } ss.

On this _23rd_ day of _March_, _2021_, before me, _Allison M. Conway_, Printed Name of Notary Public, the undersigned notary public, personally appeared _James Michael Helkey_, Printed Name(s) of Signer(s),

☒ personally known to me - or -
☒ proved to me on the basis of satisfactory evidence
   ○ form(s) of identification _Drivers License_
   ○ credible witness(es) _____

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same voluntarily for the purpose expressed therein.

WITNESS my hand and official seal.

Commonwealth of Pennsylvania - Notary Seal
ALLISON M. CONWAY, Notary Public
Philadelphia County
My Commission Expires October 8, 2023
Commission Number 1357360

_Signature of Notary Public_