UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, § <br> Individually, As Executor and as Personal § <br> Representative of the Estate of Martha Erika § <br> Alonso Hidalgo, *et al.*, § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> AGUSTA WESTLAND PHILADELPHIA § <br> CORPORATION, *et al.*, § <br> § <br> Defendants. § | Civil Action No. 2:20-cv-06393-RBS |

**ERRATA TO PLAINTIFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO *FORUM NON CONVENIENS* AND PURSUANT TO FED. R. CIV. P. 12(b)(7) FOR FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES**

Plaintiffs respectfully submit this errata to their response in opposition to Defendants' motion to dismiss filed on May 7, 2021, in ECF Doc. Nos. 18 to 18-20. The declaration filed as Exhibit O (ECF. Doc. No. 18-17) was missing its Exhibit A, the Curriculum Vitae of Maria Teresa Cruz Abrego. This Exhibit A is attached hereto and should be added to ECF Doc. No. 18-17.

Dated: May 12, 2021

                                              Respectfully submitted,

                                              **KREINDLER & KREINDLER LLP**
                 By:   /s/ Vincent C. Lesch
                            Anthony Tarricone (*pro hac vice*)
                            855 Boylston Street, Suite 1101
                            Boston, MA 02116
                            atarricone@kreindler.com

                            Vincent C. Lesch (*pro hac vice*)
                            485 Lexington Avenue
                            New York, NY 10017
                            vlesch@kreindler.com

                            **KATZMAN, LAMPERT & STOLL**
                            Bradley J. Stoll
                            121 North Wayne Ave.

Suite 205
Wayne, PA 19087
bstoll@klm-law.com

**GONZALEZ & ASSOCIATES LAW FIRM, P.C.**
Jaime A. Gonzalez, Jr. (applicant *pro hac vice*)
Catherine Smith (applicant *pro hac vice*)
Summit Park North
817 E. Esperanza, Ave.
McAllen, TX 78501
jaime@jaglawfirm.com
cat@jaglawfirm.com

*Attorneys for Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that I have filed the foregoing via the Court's CM/ECF system on May 12, 2021, which automatically generates notification of the filing to all counsel of record.

                                        <u>/s/ Vincent C. Lesch</u>
                                        Vincent C. Lesch