# EXHIBIT A

# **MARÍA TERESA CRUZ ABREGO**

Paseo de la Reforma 403-1201, Col. Cuauhtémoc,
Código Postal 06500, Ciudad de México.
Tels. 5555-14-0176, 5555-11-70-60,
5555-25-26-01, 5555-33-6848.
mail: teresa@cruz-abrego.com.mx

## EDUCATION

- Graduated with a Law Degree from the Law School of the National Autonomous University of Mexico (UNAM) in 1979. Professional License 607686.
- Master's Degree in Family Law, Instituto de Ciencias Jurídicas de Estudios Superiores S.C. Professional License 5378235.
- Diploma in Commercial Contracts, by the Mexican Bar Association, La Barra Mexicana Colegio de Abogados A.C.
- Diploma in Alternative Dispute Resolution. Institute of Judicial Studies of the Superior Court of Justice of Mexico City.
- **Certified Private Mediator by the TSJCDMX, number 587**.
- **Mediator ODR EU** (modules I, II and internship) Mediation of Online Conflict. Seminars (Fair Agreement) Register of Accredited Mediators of the Justice of Spain, authorized to mediate online at an international level.

## EXPERIENCE:

Trial Attorney in Civil and Commercial Matters since 1980.

Founder of "Cruz Abrego Consorcio Jurídico" S.C. in 1994.

## ASSOCIATIONS:

Since 1997 she has belonged to the Mexican Bar, Barra Mexicana, Colegio de Abogados, A.C. and participated in the Civil and Commercial Law Commissions.

## CHAIR:

From 1980 to 1985: Chair of Civil Law I (Persons and Property), Civil Law II (Obligations, highlighting the chapter on Civil Liability) and Family Law, at the National Autonomous University of Mexico (UNAM), School of Law.

Member of the teaching staff of the Master's Degrees taught at the Instituto de Ciencias Jurídicas de Estudios Superiores S. C., of the Enep Aragón, National Autonomous University of Mexico (UNAM), and Universidad Tepantlato, teaching "LEGITIMATE SUCCESION" ("SUCESION LEGITIMA") in the course of the Master's Degree in Family Law program, SINCE 2005 TO DATE.

Professor in the Updating Course in Civil and Family Law for aspiring Agreement Secretaries, invited by the Federal Judiciary Council.

## CONFERENCES:

I have been a speaker at multiple conferences on matters of suspension of payments, insolvency, bankruptcy, civil liability, inheritance, moral damages, Civil Liability for Defective Product.

## SPECIAL PARTICIPATIONS:

Judge at the International Mediation Competition held at UNAM Law School in October 2020.

## PROFESSIONAL EXPERIENCE:

Forty-one years of experience in civil, commercial and family litigation.

## CONTRACTS WITH THE FEDERAL GOVERNMENT:

The General Director Lic. María Teresa Cruz Abrego is **Attorney-in-Fact of the Administration and Asset Disposal Service of the Ministry of Finance and Public Credit**, for compliance with the multi-year contract No. **SAE/00109/2019**, for the provision of professional services for judicial, and extrajudicial proceedings, before the **Administrative, Judicial, and Labor authorities at the Federal, Local or Municipal level for the Fiscal Years 2019 to 2022, currently INDEP.**

María Teresa Cruz Abrego is the attorney-in-fact of Nacional Financiera, Sociedad Nacional de Crédito, in her capacity as Trustee, in trust 80320 called "Fondo De Pensiones Del Sistema Banrural"* in compliance with the agreement to provide professional services for the Fiscal Year 2019, in matters of labor.

S I N C E R E L Y,

MARÍA TERESA CRUZ ABREGO

\* Translator's Notes
 *[Pension Fund of the Banrural System]*

# CERTIFICATION

Traducción Certificada – Certified Translation

Yo, Lara Cantos, certifico que la traducción del documento **CURRICULUM DE MARIA TERESA CRUZ ABREGO,ESQ.**. es completa, precisa y fiel al documento original, a mi mejor saber. Soy hablante-nativa de español e inglés y tengo más de 11 años de experiencia como traductora e intérprete. Soy traductora certificada por la Universidad de California, San Diego, miembro con derecho a voto de la American Translators Association (ATA), así como de la OMT (Organización Mexicana de Traductores) y cumplo con su Código de Ética profesional.

Esta traducción consta de cuatro (4) páginas, incluyendo este Anexo.

**Ciudad de México, 12 de mayo 2021**

I, Lara Cantos, hereby certify that the translation of the "**CV OF MARIA TERESA CRUZ ABREGO,ESQ**." is complete, precise and true to the original document, to the best of my ability. I am a Spanish and English native speaker and have more than 11 years of experience as a Translator and Interpreter. I am a Certified Translator by the University of California, San Diego, voting member of the American Translators Association (ATA), as well as of the OMT (Organization of Mexican Translators), and I comply with their professional Code of Ethics.

This translation consists of four (4) pages, including this Annex.

**Mexico City, May, 12th 2021**

_____
Lara A. Cantos



Lara Cantos
Certified Translator
ATA Member #261192

# *MTRA. MARÍA TERESA CRUZ ABREGO*

Paseo de la Reforma 403-1201, Col. Cuauhtémoc,
Código Postal 06500, Ciudad de México.
Tels. 5555-14-0176, 5555-11-70-60,
5555-25-26-01, 5555-33-6848.
mail: teresa@cruz-abrego.com.mx

## EDUCACIÓN

- Egresada de la Licenciatura en Derecho, Facultad de Derecho UNAM en el año de 1979. Cédula Profesional 607686.
- Maestría en Derecho Familiar, egresada del Instituto de Ciencias Jurídicas de Estudios Superiores S. C. Cédula Profesional 5378235.
- Diplomado en Contratos Mercantiles impartido por La Barra Mexicana Colegio de Abogados A.C.
- Diplomado Medios Alternos de Solución de Controversias. - Instituto de Estudios Judiciales del Tribunal Superior de Justicia de la CDMX.
- **Mediador Privado Certificado por el TSJCDMX número 587**.
- **Mediador ODR EU** (módulos I,II y practicas) Mediación de Conflictos On line.Seminarios (acuerdo Justo) Registro de Entidades de Mediación del Ministerio de Justicia de España, Autorizada a Mediar On-line a nivel internacional.

## EXPERIENCIA:

Abogada postulante en las materias Civil y Mercantil desde 1980.

Fundadora de "Cruz Abrego Consorcio Jurídico" S.C. en 1994.

## ASOCIACIONES:

Desde 1997 pertenece a la Barra Mexicana, Colegio de Abogados, A.C. y participo en las Comisiones de Derecho Civil y Mercantil.

## CÁTEDRA:

En 1980 A 1985.- Cátedras de Derecho Civil I (Personas y Bienes), Derecho Civil II (Obligaciones, destacando el capítulo de Responsabilidad Civil) y Derecho Familiar, en la Universidad Nacional Autónoma de México (UNAM), Facultad de Derecho.

Integrante del Claustro de Profesores de las Maestrías impartidas en el Instituto de Ciencias Jurídicas de Estudios Superiores S. C., de la Enep Aragón, Universidad Autónoma de México (UNAM), y Universidad Tepantlato impartiendo la cátedra de "SUCESIÓN LEGITIMA" en la Maestría de Derecho Familiar DESDE 2005 A LA FECHA.

Catedrática en el Curso de Actualización en derecho civil y familiar para aspirantes a Secretarios de Acuerdo, invitada por el Consejo de la Judicatura Federal.

## CONFERENCIAS:

He sido exponente en múltiples conferencias en materia de suspensión de pagos, concursos, quiebras, responsabilidad civil, sucesiones, daño moral, Responsabilidad Civil por Producto Defectuoso.

## PARTICIPACIÓN ESPECIAL:

Juez en el Concurso Internacional de Mediación celebrado en la Facultad de Derecho de la UNAM en octubre 2020.

## EXPERIENCIA PROFESIONAL:

Cuarenta y un años de experiencia en litigio civil, mercantil y familiar.

## CONTRATOS CON GOBIERNO:

La Directora General Lic. María Teresa Cruz Abrego es **Apoderada del Servicio de Administración y Enajenación de Bienes de la Secretaria de Hacienda y Crédito Público**, para cumplimiento del contrato plurianual No. **SAE/00109/2019**, de prestación de servicios profesionales para las **gestiones**

**judiciales, y extrajudiciales, ante las autoridades Administrativas, Judiciales, y Laborales en el ámbito Federal, Local o Municipal para los Ejercicios 2019 al 2022, actualmente INDEP.**

La Directora General Lic. María Teresa Cruz Abrego es Apoderada de Nacional Financiera, Sociedad Nacional de Crédito, en su carácter de Fiduciaria, en el fideicomiso 80320, denominado "Fondo De Pensiones Del Sistema Banrural" para cumplimiento del convenio de prestación de servicios profesionales para el Ejercicio 2019, en materia laboral.

A T E N T A M E N T E

MTRA. MARÍA TERESA CRUZ ABREGO