IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTHA JULIA HIDALGO VILLAFANE, Individually, as Executor and as Personal Representative of the Estate of Martha Erika Alonso Hidalgo, | : <br> : <br> : CIVIL ACTION NO.: 2:20-cv-06393-RBS <br> : <br> : <br> : |
| MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, | : <br> : <br> : <br> : <br> : |
| LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually and as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, | : <br> : <br> : <br> : <br> : |
| v. | : <br> : |
| AGUSTAWESTLAND PHILDELPHIA CORPORATION | : <br> : <br> : |
| and | : <br> : |
| LEONARDO S.p.A. | : <br> : <br> : |

**SUGGESTION OF DEATH AND UNCONTESTED MOTION TO SUBSTITE PARTIES**

      Juan Carlos Alonso Hidalgo and Florentino Alonso Hidalgo, in their capacities as the co-executors and personal representatives of the Estate of Martha Erika Alonso Hidalgo, and through their undersigned counsel, respectfully submit this Suggestion of Death and Motion to Substitute Parties. In support thereof, movants show as follows:

      1.     Decedent Martha Erika Alonso Hidalgo was one of several people killed as a result of the December 24, 2018 helicopter crash giving rise to this wrongful death product liability litigation.

2. This action was filed on December 21, 2020. At that time, Martha Julia Hidalgo Villafane was the duly appointed executor and personal representative of the Estate of Martha Erika Alonso Hidalgo.

3. Plaintiff Martha Julia Hidalgo Villafane died on February 15, 2021.

4. On May 17, 2021, the Notary of the State of Puebla, Mexico appointed Juan Carlos Alonso Hidalgo and Florentino Alonso Hidalgo as co-executors of the Estate of Martha Julia Hidalgo Villafane.

5. In addition, on May 17, 2021, the Notary of the State of Puebla, Mexico appointed Juan Carlos Alonso Hidalgo and Florentino Alonso Hidalgo as co-executors of the Estate of Martha Erika Alonso Hidalgo.

6. On June 29, 2021, Juan Carlos Alonso Hidalgo and Florentino Alonso Hidalgo were recognized as foreign fiduciaries of the Estate of Martha Erika Alonso Hidalgo and Estate of Martha Julia Hidalgo Villafane by the Register of Wills in Philadelphia County, Pennsylvania.

7. In their representative capacities of the Estate of Martha Erika Alonso Hidalgo, Juan Carlos Alonso Hidalgo and Florentino Alonso Hidalgo have retained undersigned counsel to continue as their counsel in this matter.

8. Pursuant to Fed. R. Civ. P. 25(a)(1), Juan Carlos Alonso Hidalgo and Florentino Alonso Hidalgo as co-executors of the Estate of Martha Erika Alonso Hidalgo, through their undersigned counsel, respectfully give notice and suggestion of the death of Plaintiff Martha Julia Hidalgo Villafane,

9. Pursuant to Fed. R. Civ. P. 25(a), Juan Carlos Alonso Hidalgo and Florentino Alonso Hidalgo in their capacities as co-executors of the Estate of Martha Erika Alonso Hidalgo respectfully request to be substituted as named plaintiffs in this matter.

10. Pursuant to Local Rule 7.1, counsel has attached the requisite certification attesting to the fact that the relief sought herein is uncontested.

                              Respectfully submitted,

By:    /s/ Vincent C. Lesch
           Vincent C. Lesch III, Esq.
           Anthony Tarricone, Esq.
           KREINDLER & KREINDLER LLP
           750 Third Avenue
           New York, NY 10117
           Phone: (212) 687-8181
           Fax: (212) 972-9432
           Email: atarricone@kreindler.com
           Email: vlesch@kreindler.com

           Bradley J. Stoll, Esq.
           Attorney I.D.: 89635
           KATZMAN, LAMPERT, & STOLL
           121 North Wayne Ave., Suite 205
           Wayne, PA 19087
           Phone: (610) 686-9686
           Fax: (610) 686-9687
           Email: bstoll@klm-law.com

           Jaime A. Gonzalez, Jr., Esq.
           Catherine Smith, Esq.
           GONZALEZ & ASSOCIATES LAW FIRM, PC.
           Summit Park North
           817 E. Esperanza, Ave.
           McAllen, TX  78501
           Phone: 956-664-0100
           Fax: 956-664-1529
           Email: jaime@jaglawfirm.com
           Email: cat@jaglawfirm.com

           Attorneys for Plaintiffs

4

## CERTIFICATE OF SERVICE

      I hereby certify that this document was served via ECF on all counsel of record on this day, July, 9 2021.

                                      /s/Vincent C. Lesch