IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTA JULIA HIDALGO VILLAFANE, Individually, As Executor and as Personal Representative of the Estate of Marta Erika Alonso Hidalgo,<br><br>MARIA GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero,<br><br>LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually and as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza,<br><br>    v.<br><br>AGUSTAWESTLAND PHILDELPHIA CORPORATION<br><br>    and<br><br>LEONARDO S.p.A. | CIVIL ACTION NO.: 2:20-cv-06393-RBS |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel respectfully informs the Court that the defendant in this matter does not contest the relief sought in Plaintiffs' Suggestion of Death and Motion to Substitute Parties.

    Respectfully submitted,

By:   /s/ Vincent C. Lesch
         Vincent C. Lesch III, Esq.
         Anthony Tarricone, Esq.
         KREINDLER & KREINDLER LLP
         750 Third Avenue
         New York, NY 10117
         Phone: (212) 687-8181

Fax: (212) 972-9432
Email: atarricone@kreindler.com
Email: vlesch@kreindler.com


Bradley J. Stoll, Esq.
Attorney I.D.: 89635
KATZMAN, LAMPERT, & STOLL
121 North Wayne Ave., Suite 205
Wayne, PA 19087
Phone: (610) 686-9686
Fax: (610) 686-9687
Email: bstoll@klm-law.com

Jaime A. Gonzalez, Jr., Esq.
Catherine Smith, Esq.
GONZALEZ & ASSOCIATES LAW FIRM, PC.
Summit Park North
817 E. Esperanza, Ave.
McAllen, TX  78501
Phone: 956-664-0100
Fax: 956-664-1529
Email: jaime@jaglawfirm.com
Email: cat@jaglawfirm.com

Attorneys for Plaintiffs