IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN CARLOS ALONSO HIDALGO and FLORENTINO ALONSO HIDALGO, Individually, as co-Executors and Personal Representatives of the Estate of Martha Erika Alonso Hidalgo, <br><br> MA. GUADALUPE NANCY CANALES ELIZALDE, Individually, as Executor and as Personal Representative of the Estate of Marco Antonio Tavera Romero, <br><br> LOURDES FRANCISCA MENDOZA HERNANDEZ, Individually and as Executor and as Personal Representative of the Estate of Hector Baltazar Mendoza, <br><br>  v. <br><br> AGUSTAWESTLAND PHILDELPHIA CORPORATION <br><br> and <br><br> LEONARDO S.p.A. | CIVIL ACTION NO.: 2:20-cv-06393-RBS |

## **ORDER**

**AND NOW** this \_\_\_9th\_\_\_ day of \_\_\_July\_\_\_, 2021, Plaintiff's Suggestion of Death of the named Plaintiff Martha Julia Hidalgo Villafane is noted of record pursuant to Federal Rule of Civil Procedure 25(a)(2) and the Uncontested Motion to Substitute Parties filed pursuant to Federal Rule of Civil Procedure 25(a)(1) is **GRANTED**.

Juan Carlos Alonso Hidalgo and Florentino Alonso Hidalgo, as the co-executors and personal representatives of the Estate of Martha Erika Alonso Hidalgo, shall be substituted as named plaintiffs in this matter.

1

2

It is further ORDERED that the caption of this matter shall be updated to reflect this substitution in the form shown in this Order.

/s/ R. Barclay Surrick
R. Barclay Surrick
United States District Court Judge