IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUAN CARLOS ALONSO HIDALGO, ET AL.     :
:     CIVIL ACTION
v.     :
:     NO. 20-6393
:
AGUSTAWESTLAND PHILADELPHIA     :
CORPORATION, ET AL.     :

## ORDER

**AND NOW**, this <u>1st</u> day of February, 2024, upon consideration of Defendants' Motion to Dismiss Pursuant to *Forum Non Conveniens* and Pursuant to Fed. R. Civ. P. 12(b)(7) for Failure to Join Necessary and Indispensable Parties (ECF No. 14) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiffs' action is **DISMISSED** *without prejudice*.

IT IS SO ORDERED.

BY THE COURT:


 */s/ R. Barclay Surrick*
**R. Barclay Surrick, J.**