**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUAN CARLOS ALONSO HIDALGO and** | § | |
| **FLORENTINO ALONSO HIDALGO,** | § | |
| **Individually, as co-Executors and Personal** | § | |
| **Representatives of the Estate of Martha** | § | |
| **Erika Alonso Hidalgo, *et al.*,** | § | |
| | § | **Civil Action No. 2:20-cv-06393-RBS** |
| **Plaintiffs,** | § | |
| **v.** | § | |
| | § | |
| | § | |
| **AGUSTA WESTLAND PHILADELPHIA** | § | |
| **CORPORATION, *et al.*,** | § | |
| | § | |
| **Defendants.** | | |

**<u>STIPULATION FURTHER SUPPLEMENTING ORDER OF DISMISSAL WITHOUT PREJUDICE</u>**

The parties have conferred, agreed and hereby stipulate that, pursuant to Fed. R. Civ. P. 59(e) and/or 60(a)-(b), the Court's February 1, 2024 Order, granting Defendants' motion to dismiss without prejudice and March 5, 2024 stipulation supplementing the Order are further supplemented:

1.      Defendants AWPC and Leonardo agree to toll any statute of limitations and/or not raise any statute of limitations defense that might apply to any cause of action that was timely filed in this Court that is later refiled within 60 days of the Court's entry of this Further Stipulated Order by these Plaintiffs in a Mexican court of appropriate venue and jurisdiction under Mexican law.


Dated:  May 28, 2024


**SALMON, RICCHEZZA, SINGER**
     **& TURCHI, LLP**
By:      */s/ Zachary J. Ballard*
Zachary J. Ballard, Esq.
1601 Market Street, Suite 2500
Philadelphia, PA 19103

**KATZMAN, LAMPERT & STOLL**

By:      */s/ Bradley J. Stoll*
Bradley J. Stoll, Esq.
121 North Wayne Avenue, Suite 205
Wayne, PA 19087

(215) 606-6600 (Phone)
(215) 606-6601 (Fax)
zballard@srstlaw.com

-and-

**WOOD, SMITH, HENNING & BERMAN LLP**
John M. Socolow, Esq. (*pro hac vice*)
5 Waller Avenue, Suite 200
White Plains, NY 10601
(914) 353-3850 (Phone)
(914) 353-3851 (Fax)
jsocolow@wshblaw.com
Attorneys for Defendants

(610) 686-9686 (Phone)
(610) 686-9687 (Fax)
bstoll@klm-law.com

-and-

**KREINDLER & KREINDLER, LLP**
Anthony Tarricone, Esq. (*pro hac vice*)
Vincent C. Lesch, III, Esq. (*pro hac vice*)
485 Lexington Ave
New York, NY 10117
(212) 687-8181 (Phone)
(212) 972-9432 (Fax)
atarricone@kreindler.com
vlesch@kreindler.com
Attorneys for Plaintiffs


SO ORDERED.


s/ R. Barclay Surrick - 05/30/24
R. BARCLARY SURRICK, J.