UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN CARLOS ALONSO HIDALGO and FLORENTINO ALONSO HIDALGO, Individually, as co-Executors and Personal Representatives of the Estate of Martha Erika Alonso Hidalgo, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>AGUSTA WESTLAND PHILADELPHIA CORPORATION, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 2:20-cv-06393-RBS<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION FURTHER SUPPLEMENTING ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties have conferred, agreed and hereby stipulate that, pursuant to Fed. R. Civ. P. 59(e) and/or 60(a)-(b), the Court's February 1, 2024 Order, granting Defendants' motion to dismiss without prejudice, March 5, 2024 stipulation supplementing the Order, and May 30, 2024 stipulation further supplementing the Order, are further supplemented as follows:

1. Defendants AWPC and Leonardo agree to toll any statute of limitations and/or not raise any statute of limitations defense that might apply to any cause of action that was timely filed in this Court that is later refiled within 30 days of the Court's entry of this Further Stipulated Order by these Plaintiffs in a Mexican court of appropriate venue and jurisdiction under Mexican law.

Dated: July 24, 2024

| | |
|---|---|
| **SALMON, RICCHEZZA, SINGER & TURCHI, LLP**<br>By: */s/ Zachary J. Ballard*<br>Zachary J. Ballard, Esq.<br>1601 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 606-6600 (Phone)<br>(215) 606-6601 (Fax) | **KATZMAN, LAMPERT & STOLL**<br><br>By: */s/ Bradley J. Stoll*<br>Bradley J. Stoll, Esq.<br>121 North Wayne Avenue, Suite 205<br>Wayne, PA 19087<br>(610) 686-9686 (Phone)<br>(610) 686-9687 (Fax) |

zballard@srstlaw.com

-and-

**WOOD SMITH HENNING & BERMAN**

John M. Socolow, Esq. (*pro hac vice*)
5 Walter Ave, Ste 200
White Plains, NY 10601
(914) 353-3862 (Phone)
Jsocolow@wshblaw.com
Attorneys for Defendants

bstoll@klm-law.com

-and-

**KREINDLER & KREINDLER, LLP**

Anthony Tarricone, Esq. (*pro hac vice*)
Vincent C. Lesch, III, Esq. (*pro hac vice*)
485 Lexington Ave
New York, NY 10117
(212) 687-8181 (Phone)
(212) 972-9432 (Fax)
atarricone@kreindler.com
vlesch@kreindler.com
Attorneys for Plaintiffs

SO ORDERED.

    s/ *R. Barclay Surrick* - 7/29/24
_____
R. BARCLARY SURRICK, J.